# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | 2:12-cr-00011-JDL |
| | ) | |
| HAROLD ROWE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON ADDITIONAL PERIOD FOR FORENSIC EVALUATION

A conference in this matter was held on May 17, 2017 in Portland, Maine. Peter E. Rodway, Esq. appeared for the Defendant Harold Rowe, and Robert E. Richardson, Esq. appeared on behalf of the United States. Pursuant to this Court's order of October 4, 2016 (ECF No. 69), a forensic evaluation of the Defendant was completed by the Federal Medical Center at Butner, North Carolina. The evaluation requested an additional period of 120 days to further assess the Defendant's competency to stand trial. ECF No. 74. Pursuant to 18 U.S.C. § 4241(d)(2)(A), that request is hereby **GRANTED**.

**SO ORDERED.**

**Dated this 19th day of May 2017**

                                                            /s/ JON D. LEVY
                                                          U.S. DISTRICT JUDGE